AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Raymond D. Risner<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 7:22-MJ-37-EBA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 2022 through October 2022   in the county of   Knott   in the
   Eastern   District of   Kentucky  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | To knowingly or intentionally distribute, possess with intent to distribute a controlled substance (06/13/22, 07/18/22 & 07/20/22) |
| Title 21 U.S.C. §846 | Conspiracy to Distribute a Controlled Substance (June 2022 to October 2022) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature   *Jeffrey Baker by BA with permission*

Jeffrey S. Baker, Senior Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date:  11/2/2022

_____
Judge's signature

City and state:   ~~Pikeville~~ Lexington, KY

Edward B. Atkins, U.S. Magistrate Judge
Printed name and title